
# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| Rahiya Hillcrest, Inc | § | |
| 2154 Highway 59 South | § | |
| Cleveland, TX 77327 | § | |
| LIBERTY-TX | § | |
| Tax ID / EIN: 90-0059038 | § | |
| | § | |
| | § | |
| | § | Case No. 14-10174 |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | Chapter 11 |
| Debtor | § | |

## CHAPTER 11 AGREED SCHEDULING ORDER

The Court finds that cause exists which justifies the entry of the following scheduling order as agreed between the Debtors and the United States Trustee:

IT IS ORDERED that the Debtor shall, no later than October 1, 2014, either (1) confirm a plan of reorganization, (2) convert this Case to chapter 7, or (3) dismiss this Case (the "Case Resolution Deadline"); it is further

ORDERED that if Debtor fails to timely comply with the Case Resolution Deadline, then the United States Trustee may then upload an Order dismissing the Case or converting the Case to chapter 7, without any requirement for further notice or hearing; provided, however, the Debtor may obtain an extension of the Case Resolution Deadline for cause on motion filed before the Case Resolution Deadline; it is further

ORDERED that nothing in this Order shall prohibit the United States Trustee from filing any future motion to dismiss or convert.

SO ORDERED AND ADJUDGED

Signed on 06/03/2014

_____
THE HONORABLE BILL PARKER
UNITED STATES BANKRUPTCY JUDGE

AGREED IN FORM AND SUBSTANCE:

By: _____
Daniel Chung Lee
1305 Prairie St., Ste. 300
Houston, TX 77002
713-487-9028
Attorney for Debtor


By: ___/s/ John Vardeman___
John Vardeman
Trial Attorney, SBOT 20496260
110 N. College Avenue, Suite 300
Tyler, Texas 75702
(903) 590-1450 x218
Attorney for William T. Neary, the United States Trustee for Region 6